UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/05

MICHAEL SCHILLER, *et al.*,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

Case No. 04-CV-7922 (KMK)

3rd **AMENDED ORDER OF REFERRAL

<u>KENNETH M. KARAS, District Judge:</u>

    The above entitled action along with the cases listed are referred to Magistrate Judge James C. Francis for the following purpose(s):

| | |
|---|---|
| _x_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion:_____ All such motions: _____ |

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         December  15 , 2005

*Kenneth M. Karas*
United States District Judge

**\*\*Cases assigned and reassigned to Judge Karas after entry of the Referral order to Magistrate Judge Francis dated November 11, 2005:**

| | | |
|---|---|---|
| \*\*\* | *Drescher-v-NYC* | *05 cv 7541* |
| \*\*\* | *Pincus-v-City of NY* | *05 cv 7575* |
| \*\*\* | *Cooper-v-NYC* | *05 cv 7576* |
| \*\*\* | *Miller-v-NYC* | *05 cv 7628* |
| \*\*\* | *Karlin-v-Murtagh* | *05 cv 7789* |
| \*\*\* | *Grisham-v-The City of New York* | *05 cv 8434* |
| | *Abdell-v-City* | *05 cv 8453* |
| | *Zimmerman-v-Ames* | *05 cv 8483* |
| \*\*\* | *Concepcion-v-NYC* | *05 cv 8501* |
| \*\*\* | *Turse-v The City of New York* | *05 cv 8562* |
| | *Eastwood-v-NYC* | *05 cv 9483* |
| | *Aloisio-v-City* | *05 cv 9737* |
| | *Araneda-v-City* | *05 cv 9738* |
| | *Alpert-v-City* | *05 cv 9740* |
| | *Martini-v-City* | *05 cv 9881* |
| | *Rigger-v-City* | *05 cv 9882* |
| | *Dolak-v-City* | *05 cv 9884* |
| | *Kahl-v-City* | *05 cv 9885* |

| Case | Number |
|---|---|
| *Alexander-v-City* | 05 cv 9886 |
| *Tikkun-v-City* | 05 cv 9901 |
| *Portera-v-City* | 05 cv 9985 |
| *Reuben -v-City* | 05 cv 9987 |
| *Sutter-v-City* | 05 cv 9989 |
| *Wilcox-v-City* | 05 cv 9990 |
| *Emmer-v-City* | 05 cv 9993 |
| *Fox -v-City* | 05 cv 9999 |
| *Bruce-v-City* | 05 cv 10006 |
| *Carranza-v-City* | 05 cv 10010 |
| *Scharf-v-City* | 05 cv 10012 |
| *Conley-v-City* | 05 cv 10024 |

\*\*\* These cases were included in Judge Karas' November 11, 2005 referral order but the entry of this order does not appear on their individual docket sheets.