**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**Tikkun,**

                      **Plaintiff,**

                                                  **NOTICE OF APPEARANCE**

    **-against-**

**City of New York, et al.,**                                           05-CV-9901 (KMK) (JCF)

                                  **Defendants.**
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Jed M. Weiss**, Assistant Corporation Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York, effective February 10, 2006.

Dated:  New York, New York
          February 10, 2006

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                    of the City of New York
                                                Attorney for Defendant City of New York
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 788-0786

                                                By:   __/S/_____
                                                        Jed M. Weiss (JW 5293)
                                                        Assistant Corporation Counsel
                                                        Special Federal Litigation Division

To:     Rose Weber Esq. (via ECF)
          Andrea Juanita Ritchie (via ECF)
          Attorneys for Plaintiff