*Andrea J. Ritchie, Esq.*
*428 Park Pl., 2B*
*Brooklyn, NY 11238*
*(646) 831-1243 • andreajritchie@aol.com*

**MEMO ENDORSED**

March 21, 2006

**BY HAND**

Honorable James C. Francis, IV
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

MAR 22 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/06

    Re:    Kaitlyn Tikkun v. City of New York, et al.
             05-CV-9901 (KMK) (JCF)

Dear Judge Francis:

    As lead plaintiff's counsel in the above referenced matter, I write to advise the Court that, due to a recent unplanned extended absence from the country to attend to family obligations, I have been unable to effect service upon all defendants within the time frame provided for by the Federal Rules of Civil Procedure, which expires on today's date.

    Plaintiff therefore respectfully requests an extension of time within which to serve known defendants in this matter until March 31st, 2006. Plaintiff's counsel has been unable to reach opposing counsel to ascertain defendants' position with respect to this request.

    No previous request for an extension of time to effect service has been made by plaintiff. Accordingly, it is respectfully requested that plaintiff's time to effect service on known defendants be extended to and including March 31st, 2006.

Respectfully submitted,

*Andrea Ritchie*
Andrea J. Ritchie (AR 2769)
Counsel for Plaintiff Kaitlyn Tikkun

cc:    Jed M. Weiss
       Assistant Corporation Counsel (via facsimile)

3/22/06
Application granted.
So ORDERED.
*James C. Francis IV*
USMJ