UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

KAITLYN TIKKUN, et al.,

                       Plaintiffs,

     -versus-                                         **05 CV 9901 (KMK)(JCF)**

THE CITY OF NEW YORK, et al.

                       Defendants.

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

       **PLEASE TAKE NOTICE** that James Mirro hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:  New York, New York
         April 7, 2006

                                     MICHAEL A. CARDOZO
                                     Corporation Counsel of the City of New York
                                     *For Defendant The City of New York*


                         By:  _____/s/_____
                              James Mirro (JM 2265)
                              Special Assistant Corporation Counsel
                              Special Federal Litigation
                              100 Church Street, Room 3-137
                              New York, New York 10007
                              212.788.8026 (ph)
                              212.788.9776 (fax)

cc:  All Parties (by ECF)