

# MEMO ENDORSED

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES MIRRO
*Special Assistant Corporation Counsel*
*phone (212) 788-8026   fax (212) 788-9776*

April 17, 2006

**BY FAX**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/06
```

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

Re: *Tikkun v. The City of New York, et al.*
    *(USDC SDNY 05 CV 9901 (KMK) (JCF))*

Dear Judge Francis:

I write to request an enlargement of Defendants' time to answer in this action. I recently assumed responsibility for this case (among others) from former Assistant Corporation Counsel Jed Weiss. Your Honor previously entered an order in this action providing that defendants are to answer by today. Defendants request an additional 30 days in which to prepare their answer or other responsive papers in this action. Plaintiff's counsel, Andrea Ritchie, kindly has consented to this request. The Court's grant of this request will not delay discovery as consolidated discovery in all of the consolidated RNC actions continues without regard to the filing date of answers in these cases. If this meets with your approval, would you please "so order" it? Thank you.

Very truly yours,

James Mirro

cc: Andrea Ritchie (by fax)

4/18/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ