

# MEMO ENDORSED

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JAMES MIRRO
*Special Assistant Corporation Counsel*
phone (212) 788-8026  fax (212) 788-9776

October 24, 2006

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/06
```

   Re:   *Tikkun v. The City of New York, et al.*
         (USDC SDNY 05 CV 9901 (KMK) (JCF))

Dear Judge Francis:

   On behalf of plaintiffs and defendants, I write to request an enlargement of time in the schedule of this case. The current Case Management Order in this action provides that all depositions of fact witnesses shall have been noticed by November 1, 2006. To date, the parties have exchanged written requests for discovery including interrogatories and document requests. Defendants have produced a large volume of documents as well as consolidated witnesses for deposition. I have consulted with plaintiffs' counsel, Rose Weber, and both sides need additional time to identify witnesses and notice depositions in this case. Accordingly, plaintiffs and defendants jointly request that the Court grant a 3-month extension on the remaining deadlines in the CMO in this case. If this meets with your approval, would you please "so order" it? Thank you.

*10/27/06*
Application granted
as modified.
SO ORDERED.
James C. Francis IV
USMJ

Very truly yours,

James Mirro

cc:   Rose Weber (by fax)