UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

KAITLYN TIKKUN,

                                  Plaintiff,

          -against-

THE CITY OF NEW YORK, *et al.*,

                                 Defendants.

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

05 CV. 9901 (KMK) (JCF)

-------------------------------------------------------------------x

Upon the motion of Andrea J. Ritchie, attorney for Plaintiff Kaitlyn Tikkun, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Joey L. Mogul
    People's Law Office
    1180 N. Milwaukee
    Chicago, IL 60622
    ph: (773) 235-0070
    fx: (773) 235-6699
    JoeyMogul@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/07

is admitted to practice *pro hac vice* as counsel for Kaitlyn Tikkun in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:      New York, New York
               July 27, 2007

                                              James C. Francis IV
                                              United States ~~District~~ Judge
                                                        Magistrate

4