UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/07

-----------------------------------------------------------x

KAITLYN TIKKUN,

                                  Plaintiff,

        -against-

THE CITY OF NEW YORK, *et al.*,

                              Defendants.

ORDER FOR
ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

05 CV. 9901 (KMK) (JCF)

-----------------------------------------------------------x

Upon the motion of Andrea J. Ritchie, attorney for Plaintiff Kaitlyn Tikkun, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Joey L. Mogul
        People's Law Office
        1180 N. Milwaukee
        Chicago, IL  60622
        ph: (773) 235-0070
        fx: (773) 235-6699
        JoeyMogul@aol.com

is admitted to practice *pro hac vice* as counsel for Kaitlyn Tikkun in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:      New York, New York
             ~~July ___, 2007~~
             August 6, 2007

                                                                                                           United States District Judge

4