UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

KAITLYN TIKKUN,

                                      Plaintiff,

        -against-

THE CITY OF NEW YORK, *et al.*,

                                Defendants.

------------------------------------------------------------------ x

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT**

05 Civ. 9901 (KMK) (JCF)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the motion, accompanying memorandum of law and upon all papers and proceedings had herein, the undersigned will move this Court, before Honorable James C. Francis IV, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an order permitting the plaintiff to amend her complaint.

Respectfully submitted,

Dated:    New York, New York
            August 30, 2007

                                      /s Andrea J. Ritchie
                                      ANDREA J. RITCHIE
                                      (AR 2769)
                                      428 Park Place, 2B
                                      Brooklyn, NY 11238
                                      (646) 831-1243

To:    All RNC Counsel (by ECF)