# FAX TRANSMITTAL COVER SHEET

**TO:** Andrea Ritchie
428 Park Place – 2B
Brooklyn, New York  11238
646.831.1243 (w)

**FAX No.:** 270.817.1243

**FROM:** James Mirro
Special Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York  10007
212.788.8026

**DATE:** August 17, 2007

**PAGES:** ____

***COMMENTS:***

*Andrea, attached please find documents responsive to plaintiff's requests. I expect to have a supplemental production to you by Monday, August 27, including a second set of these same documents with bates numbers.*

 

**SIGN IN SHEET**

MAPC STAFFING
125 WHITE STREET

### A                                             B

| SAVINO © | PLT COMMANDER EAST | SAKK (Q) |
| DOYLE (M) | PLT COMMANDER WEST | CZARK (K) |
| QUINN (Q) | SALLY PORT | UNGARINO (Q) |
| E. RIVERA (BX) | DESK/CELLS (F) | HERNANDEZ (BX) |
| BENSON (K) | DESK/CELLS (M) | MANTZARIS (BX) |
| THOMPKINS (BX) | OLBS | BEISER (Q) |
| MALARKEY © | LIVESCAN | NG (BX) |
| LASTRES © | BRIDGE | COX (M) |

NOTES:

CRIMINAL JUSTICE
BUREAU                                    1

 

**SIGN IN SHEET**

MAPC STAFFING
125 WHITE STREET

| __A__ | | __B__ |
|---|---|---|
| LEGARDA (K) | GUN LOCKER 1 | O/D |
| O/D | GUN LOCKER 2 | O/D |
| O/D | SALLY PORT | O/D |
| STREMEL (Q) | INTAKE FEMALE | BARNES (Q) |
| VEERAPEN (Q) | MAGS FEMALE | SIMS (Q) |
| DEEGAN (Q) | INTAKE MALE | FORBES (K) |
| ROSATO (Q) | MAGS MALE | PETRELLI (K) |
| BLAUSTEIN (Q) | MALE CELLS/MVMT | O/D |
| O/D | 2 | FONTANEZ (BX) |
| A. RIVERA (K) | 3 | FINNIN (Q) |
| O/D | 4 | O/D |
| C. GATLING (BX) | FEMALE CELLS/MVMT | D. EDWARDS (Q) |
| G. GETHERS (BX) | 2 | D. JACQUES (K) |
| CARR (K) | 3 | W. CAMPBELL (BX) |
| O/D | 4 | G. CANCEL (BX) |

CRIMINAL JUSTICE
BUREAU

2

 

**SIGN IN SHEET**

MAPC STAFFING
125 WHITE STREET

**A**          **B**

| A | MALE SEARCH | B |
|---|---|---|
| PA BEAU (K) | | PA SERRANO (Q) |
| PA DIXON (K) | 2 | O/D |
| O/D | 3 | O/D |

| A | FEMALE SEARCH | B |
|---|---|---|
| PA WORKS (K) | | PA PAGAN (K) |
| S. FEAGINS (K) | 2 | PA WILLIAMS-ROBINSON (BX) |
| J. HARRISON (K) | 3 | PA A. RUBIO (BX) |

| A | OLBS | B |
|---|---|---|
| PAA EVERETT (M) | | JAFFE (M) |
| ROSERO (M) | 2 | CONNELLY (M) |
| FITZGORDON (M) | 3 | GARCIA (M) |
| BRYAN (K) | 4 | BROWN-MARTIN (M) |
| CHRISTY (K) | 5 | SHANKLIN (K) |
| GREENE (K) | 6 | REYNOLDS (K) |
| BARKOW (Q) | 7 | SOWELL (Q) |
| HORTON (Q) | 8 | MARCANO (Q) |

CRIMINAL JUSTICE BUREAU     3

 

## SIGN IN SHEET

MAPC STAFFING
125 WHITE STREET

| **A** | LIVESCAN | **B** |
|---|---|---|
| PA WILLIAMSON (M) | 1 | PO L. GUZMAN (BX) |
| PA WALLACE (M) | 2 | PO J.BURGOS (BX) |
| PO MARTINEZ (BX) | 3 | PO S.GRAHAM (BX) |
| PO A.RIVERA (BX) | 4 | PO A. LOPEZ (BX) |
| PO SWAN (K) | 5 | PO G.CONWAY (K) |
| PO C.HEREDIA (BX) | 6 | PO E.CRESPO (K) |
| PO F.CRESPO (K) | 7 | PO T.DEAS (K) |
| PO D.HALL (K) | 8 | PO WINN (Q) |
| PO JOST (K) | 9 | PO O'CONNELL (Q) |
| PO DUPONT (K) | 10 | PO O'REILLY (Q) |
| O/D | 3-2 MALE | O/D |
| O/D | 3-2 FEMALE | O/D |
| O/D | 3D1 | O/D |

CRIMINAL JUSTICE
BUREAU

4

 

## SIGN IN SHEET

MAPC STAFFING
125 WHITE STREET

**A**          **B**

| A | CB TRANSPORT | B |
|---|---|---|
| T.HASSAN (BX) | | A.GUERRERO (K) |
| RICKETTS (K) | 2 | R.CLICK (BX) |
| D.ROMAN (BX) | 3 | K.HAUGHTON (BX) |
| S.STEWART (K) | 4 | J.JOHNSON (BX) |

CRIMINAL JUSTICE BUREAU     5

## SIGN IN SHEET

## MAPC STAFFING
### 125 WHITE STREET

**A**                                                **B**

### LIEUTENANTS

| A | Position | B |
|---|---|---|
| SAKK (Q) | PLT COMMANDER EAST | SAVINO © |
| CZARK (K) | PLT COMMANDER WEST | DOYLE (M) |

### SERGEANTS

| A | Position | B |
|---|---|---|
| QUINN (Q) | SALLY PORT | UNGARINO (Q) |
| THOMPKINS (BX) | DESK/CELLS (F) | E. RIVERA (BX) |
| BENSON (K) | DESK/CELLS (M) | MANTZARIS (BX) |
| BEISER (Q) | OLBS | R. DIAZ (BX) |
| NG (BX) | LIVESCAN | MALARKEY © |
| COX (M) | BRIDGE | LASTRES © |

**NOTES:**

O/D

O/D



CRIMINAL JUSTICE BUREAU      1

2127883824　　NYC Law 3-135 Environ　　07:53:06 p.m.　08-17-2007　8/11
AUG-23-2007 13:33　　CJB TU 520　　646 610 7820　P.04
Case 1:05-cv-09901-RJS-JCF   Document 27-3   Filed 08/31/2007   Page 8 of 11




# SIGN IN SHEET

## MAPC STAFFING
### 125 WHITE STREET

**A**　　　　　　　　　　　　　　　　　　　**B**

| A | Post | B |
|---|---|---|
| LEGARDA (K) | GUN LOCKER 1 | O/D |
| O/D | GUN LOCKER 2 | O/D |
| O/D | SALLY PORT | O/D |
| STREMEL (Q) | INTAKE FEMALE | BARNES (Q) |
| VEERAPEN (Q) | MAGS FEMALE | SIMS (Q) |
| DEEGAN (Q) | INTAKE MALE | FORBES (K) |
| ROSATO (Q) | MAGS MALE | SAMUELS (Q) |
| BLAUSTEIN (Q) | MALE CELLS/MVMT | O/D |
| O/D | 2 | FONTANEZ (BX) |
| A. RIVERA (K) | 3 | FINNIN (Q) |
| O/D | 4 | KEYES (K) |
| C. GATLING (BX) | FEMALE CELLS/MVMT | D. EDWARDS (Q) |
| G. GETHERS (BX) | 2 | D. JACQUES (K) |
| CARR (K) | 3 | P. HARRIS (BX) |
| O/D | 4 | G. CANCEL (BX) |

CRIMINAL JUSTICE
BUREAU

2

 

## SIGN IN SHEET

### MAPC STAFFING
### 125 WHITE STREET

**A**            **B**

| A | MALE SEARCH | B |
|---|---|---|
| PA BEAU (K) | | PA SERRANO (Q) |
| O/D | 2 | PA KING (M) |
| O/D | 3 | PA DIXON (K) |
| | **FEMALE SEARCH** | |
| PA BLAKENEY (K) | | PA PAGAN (Q) |
| S. FEAGINS (K) | 2 | PA WILLIAMS-ANDERSON (BX) |
| J. HARRISON (K) | 3 | PO A. RUBIO (BX) |
| | **OLBS** | |
| PAA EVERETT (M) | | JAFFE (M) |
| ROSERO (M) | 2 | CONNELLY (M) |
| FITZGORDON (M) | 3 | GARCIA (M) |
| BRYAN (K) | 4 | BAILEY (M) |
| CHRISTY (K) | 5 | SHANKLIN (K) |
| GREENE (K) | 6 | REYNOLDS (K) |
| BARKOW (Q) | 7 | SOWELL (Q) |
| HORTON (Q) | 8 | MARCANO (Q) |

**CRIMINAL JUSTICE BUREAU**     3

2127883824 NYC Law 3-135 Environ 07:53:50 p.m. 08-17-2007 10/11
Case 1:05-cv-09901-RJS-JCF   Document 27-3   Filed 08/31/2007   Page 10 of 11
AUG-23-2004 13:34   CJB IU 520   646 610 7820   P.06

# SIGN IN SHEET

## MAPC STAFFING
## 125 WHITE STREET




**A**  **B**

| A | LIVESCAN | B |
|---|---|---|
| PA WILLIAMSON (M) | | PO L. GUZMAN (BX) |
| PA WALLACE (M) | 2 | PO J. BURGOS (BX) |
| PO F. MARTINEZ (BX) | 3 | PO S. GRAHAM (BX) |
| PO A. RIVERA (BX) | 4 | PO A. LOPEZ (BX) |
| PO SWAN (K) | 5 | PO G. CONWAY (K) |
| PO C. HEREDIA (BX) | 6 | PO E. CRESPO (K) |
| PO F. CRESPO (K) | 7 | PO T. DEAS (K) |
| PO D. HALL (K) | 8 | PO WINN (Q) |
| PO JOST (K) | 9 | PO O'CONNELL (Q) |
| PO DUPONT (K) | 10 | PO O'REILLY (Q) |

| O/D | 3-2 MALE | O/D |
| O/D | 3-2 FEMALE | O/D |
| O/D | 3D1 | O/D |

**CRIMINAL JUSTICE BUREAU**

4

2127883824   NYC Law 3-135 Environ                07:54:11 p.m.   08-17-2007    11/11
AUG-23-2007 13:34  Case 1:05-cv-09901-RJS-JCF  Document 27-3  Filed 08/31/2007  Page 11 of 11
                         CJB IU 520                        646 610 7820    P.07




## SIGN IN SHEET

### MAPC STAFFING
### 125 WHITE STREET

**A**                                    **B**

| A | CB TRANSPORT | B |
|---|---|---|
| T.HASSAN (BX) |  | A.GUERRERO (K) |
| RICKETTS (K) | 2 | R.CLICK (BX) |
| D.ROMAN (BX) | 3 | K.HAUGHTON (BX) |
| S.STEWART (K) | 4 | J.JOHNSON (BX) |

CRIMINAL JUSTICE
BUREAU                                                    5