UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

KAITLYN TIKKUN,

                    **Plaintiff,**

-versus-                                               <u>05 CV 9901 (KMK) (JCF)</u>

THE CITY OF NEW YORK, et al.

                    **Defendants.**

------------------------------------------------------------- x

<u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that Gerald S. Smith hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant the City of New York effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       September 25, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        *Counsel Defendants*

                                        By:           _____/s/_____
                                                  Gerald S. Smith (GS 9911)
                                                  Special Assistant Corporation Counsel
                                                  Special Federal Litigation
                                                  100 Church Street
                                                  New York, New York 10007
                                                  212-513-7927(direct)
                                                  212-788-9776 (fax)

cc: All Parties (by ECF)