

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

**BY HAND DELIVERY**

February 28, 2008

The Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

Re: **Adams v. City of New York**, 05-CV-9484 (RJS) (JCF)
**Abdell v. City of New York**, 05-CV-8453 (RJS) (JCF)
**Phillips v. City of New York**, 05-CV-7624 (RJS) (JCF)
**Sikelianos v. City of New York**, 05-CV-7673 (RJS) (JCF)
**Tikkun v. City of New York**, 05-CV-9901 (RJS) (JCF)

Dear Judge Sullivan:

Defendants write regarding the scheduling of the parties submissions in the captioned actions related to plaintiffs' appeals of Magistrate Francis' dismissal of their emotional distress claims. More precisely, in accordance with Your Honor's Memo Endorsed Order dated February 6, 2008, defendants advise the Court that they will serve and file their consolidated opposition papers on or before March 6, 2008.[1] The parties have agreed that plaintiffs will file and serve their reply papers on or before March 24, 2008.

Accordingly, the parties request that Your Honor "so order" this schedule.

Respectfully submitted,

Jeffrey A. Dougherty

cc: Hon. James C. Francis IV.
Michael Spiegel, Esq.
Jeffrey Rothman, Esq.
Andrea Ritchie, Esq.

SO ORDERED
Dated: 2/29/08
RICHARD J. SULLIVAN
U.S.D.J.

---

[1] In accordance with Your Honor's Order, defendants calculated this as the proper filing and service date.