**Andrea J. Ritchie, Esq.**
428 Park Pl., 2B
Brooklyn, NY 11238
(646) 831-1243 • andreajritchie@aol.com

MEMO ENDORSED

March 14, 2007

Hon. James C. Francis IV
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007-1212

**VIA FACSIMILE: (212) 805-7930**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

Re:   *Tikkun v. City of New York, et al.*
      05 Civ. 9901 ~~(KMK)~~ (JCF)
                    (RJS)

Dear Judge Francis:

Further to a conversation earlier today with your Honor's law clerk Sam, plaintiff writes to request permission to submit a reply in support of her January 22, 2008 motion to compel exceeding the 10 page limit set by your Honor's individual rules.

Defendants' February 29, 2008 response not only raises a number of arguments with respect to issues presented in plaintiff's motion, but also presents several new substantive issues, including the propriety of plaintiff naming a number of individuals as defendants in her case, whether sexual harassment in police custody constitutes a Constitutional injury, and, perhaps most importantly, bifurcation of her *Monell* claims for discovery and trial.

Accordingly, plaintiff respectfully requests permission to submit a 20 page reply to fully address these issues.

Respectfully submitted,

*[signature]*
Andrea J. Ritchie
(AR 2769)
Counsel for Plaintiff Kaitlyn Tikkun

cc:   G. Smith, Assistant Corporation Counsel

*[Handwritten endorsement:]*
3/14/08
Fifteen pages will be more than sufficient.
SO ORDERED.
James C. Francis IV
USMJ

1

TOTAL P.02