UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
KAITLYN TIKKUN,                         : 05 Civ. 9901 (RJS) (JCF)
                                        :
              Plaintiff,                :       O R D E R
                                        :
     - against -                        :
                                        :
THE CITY OF NEW YORK, et al.,           :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    Defendants having applied by letter dated January 22, 2008 for an order compelling plaintiff to appear for a continued deposition, it is hereby ORDERED that plaintiff shall appear for a continued deposition of no more than four hours, limited to the subjects of (1) her prior arrests; and (2) the e-mails she recently produced.

                  SO ORDERED.

*[Signature: James C. Francis IV]*

                JAMES C. FRANCIS IV
                UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 19, 2008

Copies mailed this date:

Andrea Ritchie, Esq.
428 Park Place, 2B
Brooklyn, New York 11238

Gerald S. Smith, Esq.
Senior Corporation Counsel
100 Church Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

1