

**MEMO ENDORSED**

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY C. BROOKS
Assistant Corporation Counsel
Tel.: (212) 788-9736
Fax: (212) 788-9776
Email: jbrooks@law.nyc.gov

*[Handwritten:]* LEAD CASE 04 CIV 7922 (RJS)(JCF) FILE ALSO IN 04 CIV 7921 (RJS)(JCF) AND ALL CASES LISTED IN APPENDIX A

June 3, 2008

**BY FACSIMILE**
Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007-1312

*[Stamp:]* USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 6/3/08

Re: **RNC Consolidated Cases**

Dear Judge Francis:

I write in reference to motions filed by defendants on January 22, 2008 in thirty-eight of the RNC-related actions consolidated before Your Honor for discovery. These applications were omnibus motions to compel certain discovery from the plaintiffs in these actions. A list of the cases in which these motions were filed is annexed hereto as Appendix A.

At the last status conference, Your Honor stated that the parties could choose whether they wanted to file these motions with the Clerk of the Court. Defendants seek to file these motions with the Clerk, and therefore respectfully request that Your Honor enter an order permitting defendants to file their January 22, 2008 case-specific motions and any replies thereto under seal. As the Court is aware, sealing is required because in these case-specific applications defendants moved for, *inter alia*, orders compelling certain plaintiffs to produce releases for access to their mental health and medical treatment records and, in so moving, discussed various plaintiffs' histories.

Respectfully submitted,

*[Signature]*
Jeffrey C. Brooks

cc: RNC Distribution List (via email)

*[Handwritten endorsement:]* 6/3/08 Application granted. Any letters related to these applications may be filed under seal. SO ORDERED.
James C. Francis IV
USMJ

## APPENDIX A

Abdell, Tarasik, et al. v. City of New York, et al., 05 CV 8453 (RJS) (JCF)

Adams, Courtney Lee, et al. v. City of New York, et al., 05 CV 9484 (RJS) (JCF)

Araneda, Barbara, et al. v. City of New York, et al., 05 CV 9738 (RJS) (JCF)

Banno, Yusuke v. City of New York, et al., 06 CV 2270 (RJS) (JCF)

Bastidas, Betty, et al. v. City of New York, et al., 05 CV 7670 (RJS) (JCF)

Biddle, Jeremy, et al. v. City of New York, et al., 05 CV 1570 (RJS) (JCF)

Botbol, Sacha, et al. v. City of New York, et al., 05 CV 1572 (RJS) (JCF)

Bunim, Sharone, et al. v. City of New York, et al., 05 CV 1562 (RJS) (JCF)

Coburn, Sarah, et al. v. City of New York, et al., 05 CV 7623 (RJS) (JCF)

Conley, Brian v. City of New York, et al., 05 CV 10024 (RJS) (JCF)

Crotty, Emilia, et al. v. City of New York, et al., 05 CV 7577 (RJS) (JCF)

Drescher, Udo v. City of New York, et al., 05 CV 7541 (RJS) (JCF)

Dudek, Carol v. City of New York, et al., 04 CV 10178 (RJS) (JCF)

Eastwood, Corey, et al. v. City of New York, et al., 05 CV 9483 (RJS) (JCF)

Galitzer, Gwynn v. City of New York, et al., 05 CV 7669 (RJS) (JCF)

Garbini, Adrienne, et al. v. City of New York, et al., 05 CV 1565 (RJS) (JCF)

Greenwald, Adam, et al. v. City of New York, et al., 05 CV 1566 (RJS) (JCF)

Kalra, Ritu, et al. v. City of New York, et al., 05 CV 1563 (RJS) (JCF)

Karlin, Annette v. City of New York, et al., 05 CV 7789 (RJS) (JCF)

Lahn-Sheen Lee, Jeanette v. City of New York, et al., 05 CV 5528 (RJS) (JCF)

Lalier, Kathleen, et al. v. City of New York, et al., 05 CV 7580 (RJS) (JCF)

Macnamara, Deirdre, et al. v. City of New York, et al., 04 CV 9216 (RJS) (JCF)

Martini, John v. City of New York, et al., 05 CV 9881 (RJS) (JCF)

Meehan, Alison, et al. v. City of New York, et al., 05 CV 5268 (RJS) (JCF)

Moran, Matthew, et al. v. City of New York, et al., 05 CV 1571 (RJS) (JCF)

Pagoda, John v. City of New York, et al., 05 CV 7546 (RJS) (JCF)

Phillips, Jeffrey, et al. v. City of New York, et al., 05 CV 7624 (RJS) (JCF)

Pickett, Brian, et al. v. City of New York, et al., 05 CV 1567 (RJS) (JCF)

Portera, Brian v. City of New York, et al., 05 CV 9985 (RJS) (JCF)

Rechtschaffer, Jessica v. City of New York, et al., 05 CV 9930 (RJS) (JCF)

Remmes, Chris v. Chapman, Mark, et al., 05 CV 9940 (RJS) (JCF)

Ryan, Lindsay, et al. v. City of New York, et al., 05 CV 1564 (RJS) (JCF)

Sloan, Emily, et al. v. City of New York, et al., 05 CV 7668 (RJS) (JCF)

Smith, Matthew v. City of New York, et al., 06 CV 1779 (RJS) (JCF)

Stark, Jeffrey, et al. v. City of New York, et al., 05 CV 7579 (RJS) (JCF)

Tikkun, Kaitlyn v. City of New York, et al., 05 CV 9901 (RJS) (JCF)

Tremayne, Wendy, et al. v. City of New York, et al., 05 CV 1568 (RJS)(JCF)

Xu, Randy, et al. v. City of New York, et al., 05 CV 7672 (RJS) (JCF)