MEMO ENDORSED

Andrea J. Ritchie, Esq.
901 President St. #4A
Brooklyn, New York 11225
(646) 831-1243 • andreajritchie@aol.com

June 30, 2008

Honorable James C. Francis, IV
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/1/08

**VIA FACSIMILE: (212) 805-7930**

Re: Kaitlyn Tikkun v. City of New York, et al.
05-CV-9901 (RJS) (JCF)

Dear Judge Francis:

Plaintiff respectfully requests a further extension of time until July 15, 2008 to serve the Amended Complaint on three defendants in this matter. Defendants do not object to plaintiff's request.

While the vast majority of new defendants have now been served,[1] incorrect command information was provided for one officer,[2] and a

---

[1] Service on the defendants remaining to be served as of this Court's June 3rd Order has not been without incident. For instance, although defendants initially indicated on June 2nd that P.A.A. Blakeney was stationed at the 52nd Precinct and plaintiff served her there on the very same day, defendants subsequently indicated that, in fact, the P.A.A. Blakeney who was stationed at MAPC during the RNC is a different person stationed at a different command, requiring plaintiff to effect service twice for this single defendant. Similarly, the shield number provided by defendants on May 29th for P.O. Carr has been reassigned, and defendants only recently provided plaintiff with her last known address. Notwithstanding these and other inaccuracies in information plaintiff received and acted upon, plaintiff has made every effort to meet the Court's June 30th deadline, and has succeeded in doing so with respect to all but 3 of the defendants (Harrison, Stremel and Jaques).

[2] On June 16, 2008, pursuant to this Court's Order, defendants provided a shield number and command for P.O. J. Harrison. However, when plaintiff's counsel attempted to serve Officer Harrison at the identified command, she was told that Officer Harrison had been transferred to another command some time ago. In an effort to comply with this Court's Order requiring that all defendants be served by June 30, 2008 notwithstanding the flawed information initially provided, plaintiff's counsel attempted to serve Officer Harrison at her new command over the weekend, only to have an officer employed at her command refuse to accept service on her behalf.

miscommunication between the office of Corporation Counsel and NYPD Legal prevented the undersigned from being able to serving two others within the Court imposed deadline.[3]

**Accordingly, plaintiff respectfully requests an extension of time until July 15, 2008 to serve defendants Harrison, Stremel and Jaques with the Amended Complaint in this matter.**

Respectfully submitted,

Andrea J. Ritchie (AR 2769)
Counsel for Plaintiff Kaitlyn Tikkun

cc: G. Smith
Assistant Corporation Counsel (via facsimile)

7/1/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

[3] Defendants indicated on June 16th that defendants Stremel and Jaques could be served through the NYPD Legal Department. However, when plaintiff attempted to do so, she was told by the civil attorney on duty that the Department was not authorized to accept service on their behalf. Defense counsel has since indicated that this was the result of a miscommunication and has recommended that the undersigned to wait until it has been cleared up before once again attempting to serve these two defendants at NYPD Legal.