**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x

**KAITLYN TIKKUN,**

                            **Plaintiff,**                    **NOTICE OF APPEARANCE**

    -against-

**THE CITY OF NEW YORK,** *et al.***,**                      **05 CV 9901 (RJS) (JCF)**

                            **Defendants.**
------------------------------------------------------------------------ x

     **PLEASE TAKE NOTICE** that **Jeffrey C. Brooks**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York.

Dated:  New York, New York
        July 14, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        Attorney for Defendant City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-9736


                          By:     _____/s/_____
                                    Jeffrey C. Brooks (JB 0821)
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division